UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DR. CARLA CAMPBELL-JACKSON, | ) |
| Plaintiff, | ) Case No. 21-cv-01044 |
| v. | ) HON. HALA Y. JARBOU |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | ) |
| Defendant. | ) |

**STIPULATED ORDER EXTENDING TIME FOR
INITIAL RULE 26 DISCLOSURES**

    This matter comes before the Court upon the stipulation of the Parties, through their respective counsel, who hereby stipulate and agree as follows:

    WHEREAS counsel have agreed that the Parties shall be permitted an extension of time to **May 4, 2022** to exchange their respective initial Rule 26 Disclosures;

    IT IS HEREBY ORDERED that the deadline for the Parties to exchange their respective initial Rule 26 Disclosures is extended to **May 4, 2022**.

IT IS SO ORDERED.

Dated: May 20, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE

**CONTINUED ON FOLLOWING PAGE.**

**STIPULATED AS TO FORM AND CONSENT:**

| | |
|---|---|
| **HART McLAUGHLIN & ELDRIDGE, LLC** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC** |
| /s/ Robert J. McLaughlin<br>Robert J. McLaughlin<br>Steven A. Hart<br>Carter D. Grant<br>Y'Noka Y. Bass<br>22 West Washington, Suite 1600<br>Chicago, Illinois 60602<br>(312) 955-0545<br>rmclaughlin@hmelegal.com<br>shart@hmelegal.com<br>cgrant@hmelegal.com<br>ybass@hmelegal.com | /s/ Jaclyn E. Culler<br>Thomas R. Paxton<br>Jaclyn E. Culler<br>34977 Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>T: 248-593-6400<br>thomas.paxton@ogletree.com<br>jaclyn.culler@ogletree.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |